[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12386
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 3, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-01185-CV-T-30-MSS

CAREMEDIC SYSTEMS, INC.,

Plaintiff-Appellant,

versus

THE HARTFORD CASUALTY INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 3, 2008)

Before TJOFLAT, DUBINA, and HILL, Circuit Judges.

PER CURIAM:

After careful consideration of the record in this case, the briefs, and the arguments of counsel contained therein, we conclude that the judgment of the Honorable James S. Moody, Jr., United States District Judge, Middle District of Florida, in *Caremedic Sys., Inc. v. Hartford Cas. Ins. Co.*, No. 8:06-CV-1185–T-30MSS, 2008 WL 912437 (M.D.Fla. Apr. 1, 2008) is due to be affirmed based upon the analysis set forth in its well-reasoned seventeen-page opinion.

AFFIRMED.